UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONNA HUTCHINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELON R MUSK, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-04123-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Leonna Hutchinson initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2).  On July 10 the Court granted the application but found Plaintiff's complaint deficient under 28 U.S.C. § 1915(e).  ECF No. 4.  The Court directed Plaintiff to file a first amended complaint by August 9, 2024, warning that if Plaintiff failed to cure the deficiencies, the case would be reassigned to a district judge with a recommendation for dismissal.  Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  Accordingly, the Court **ORDERS** Plaintiff Leonna Hutchinson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by August 29, 2024.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 16, 2024

THOMAS S. HIXSON
United States Magistrate Judge